JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CAFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| ANGIE STINCHCOMB, | ) | Case No.: 5:22-cv-02230-JC |
| Plaintiff, | ) ) | JUDGMENT |
| vs. | ) ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) ) | |

    Having approved the parties' Stipulation for Voluntary Remand, and in accordance with the Order for Voluntary Remand, IT IS HEREBY ADJUDGED that Judgment is entered in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

    IT IS SO ADJUDGED.

Dated: May 31, 2023

                                                            /s/
                           HONORABLE JACQUELINE CHOOLJIAN
                           UNITED STATES MAGISTRATE JUDGE